Print Form

## United States Bankruptcy Court

**TUCSON DIVISION**
James A Walsh Courthouse
38 S. Scott Avenue
Tucson, AZ 85701
520-202-7500



District of Arizona

**PHOENIX HEADQUARTERS**
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

**YUMA DIVISION**
325 W. 19th St., Ste. D
Yuma, AZ 85364
928-783-2288

# FILED

SEP 2 8 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

### DEBTOR CHANGE OF ADDRESS

Case No.: 08-18754          Chapter: 7

**Debtor(s) Name:** MCCARTY, GEORGE C.

**NEW Mailing Address:**
733 S. Ventura
Street Address/P.O. Box Number
# 140
Suite/Apartment Number
Pt. Hueneme    CA    93041
City    State    Zip Code

**OLD Mailing Address:**
4800 SOUTH ALMA SCHOOL RD
Street Address/P.O. Box Number
#1027
Suite/Apartment Number
CHANDLER    AZ    85248
City    State    Zip Code

**Debtor(s) Signature:** _[signature]_
Date

_____
Date

DebtorAddChng/3/06

09/29/2009